UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:14-CR-67 RLM |
| | ) | |
| CLIFTON VALENTIUS HOLIDAY | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 12, 2014. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Clifton Holiday's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  September 2, 2014

                                                  /s/ Robert L. Miller, Jr.
                                                  Judge
                                                  United States District Court